UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERALD MCCANN,

       Plaintiff,

v.                                         Case No. 8:23-cv-0511-SPF

MAHALAK AUTO GROUP
LAKE WALES, LLC d/b/a LAKE
WALES CHRYSLER DODGE
JEEP RAM,

       Defendant.
_____/

## ORDER

On August 16, 2023, the parties filed an Agreed Stipulation to Dismiss with Prejudice (Doc. 25). The Stipulation provides that each party will bear its own attorney's fees and costs (*Id.*). In accord with the Stipulation, this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(2), Federal Rules of Civil Procedure. The Clerk is directed to close the case.

**ORDERED** in Tampa, Florida, on August 17, 2023.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE